UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DOMINGO VENTURA,
                    Defendant.

13-CR-181 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

Defendant Domingo Ventura filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) on May 17, 2022.  (ECF No. 118.)

According to Bureau of Prisons records, Ventura was released from custody on March 28, 2023.[1]

The motion for a sentence reduction is therefore denied as moot.

The Clerk of Court is directed to close the motion at ECF No. 118.

SO ORDERED.

Dated: May 4, 2023
New York, New York

                                                          J. PAUL OETKEN
                                                      United States District Judge

---

[1] *See* Bureau of Prisoners Inmate Locator tool: https://www.bop.gov/mobile/find_inmate/